# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-8071- PA (KSx) | Date | December 28, 2020 |
|---|---|---|---|
| Title | Raphael Austria v. FMS, Inc. et al | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS - ORDER**

The Court has been advised by counsel that this matter has settled. The parties have ten (10) days from the date of this order or until the next scheduled court appearance, whichever is shorter, to file with the court a dismissal of the action or to appear, in-person or telephonically with their clients, to place the settlement on the record. The parties may contact the deputy clerk of the court to calendar the appearance. If the parties do not dismiss the action or do not place the settlement on the record, the matter will remain on the Court's active trial calendar with all pretrial and trial dates in effect.

IT IS SO ORDERED.

                                                                                                          :
                                                         Initials of Preparer            gga