JS-6

# UNITED STATES DISTRICT COURT

# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL AUSTRIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FMS, INC. d/b/a FMS ASSET MANAGEMENT,<br><br>　　　　Defendant. | Case No.: 2:20-cv-08071-PA-KS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FMS, INC. d/b/a FMS ASSET MANAGEMENT** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant FMS, Inc. d/b/a FMS Asset Management, and good cause appearing,

　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

. . . .

. . . .

- 1 -

The above-entitled matter is hereby dismissed with prejudice, as to Defendant FMS, Inc. d/b/a FMS Asset Management, with the parties to bear their own attorneys' fees and costs,

**IT IS SO ORDERED.**

Dated:  January 6, 2021

                                               Percy Anderson
                                               United States District Judge